# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | **No. 19-307-12** |
| v. | : | |
| | : | |
| **JOSE MAZARA-MUNOZ** | : | |
| | : | |

## ORDER

**AND NOW**, this **31st** day of **October 2023**, upon consideration of Defendant Jose Mazara-Munoz's Motion for Sentence Reduction Pursuant to Compassionate Release and Consideration of 2-Point Reduction for Zero-Point Offenders (ECF No. 545) and the Government's Response in Opposition (ECF No. 557), it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum, Defendant's Motion (ECF No. 545) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**